To Whom it May Concern:                          12/10/19

   I have never written anything like this before. I am the older sister of Juan Jose Liberato. I will start by saying we do not speak but we are cordial with each other for our kids and even though he feels some type of way about me, at the end of the day he is my brother, my blood and I love him regardless. From what I have always seen is that since before his daughter was born he took on 3 jobs just so he can provide for his family. My niece not only does she have a great father but a friend. He is always there for her no matter what. He is a family man! He loves his step daughter like his own. My kids love him. He only see's them once in a while but when he does he takes them to the park and turns into a kid playing with them. I can say that my niece lucked out having him as a father. I have never met such a great dad that works and always has time to be playful and supportive to his kids.

Yaidi Gonzalez

12/14/19

To whom it may concern;

I am Connie Picardi the mother to Juans only biological child Leyla. I have known Juan Jose Liberato for 15 years we have a great relationship and co parent very well. He is a great father and has been paying support with no problem since she was a baby without him we will not survive even with my full time job. Our daughter who is 12 adores him, he goes above and beyond for her. His wife and kids will also struggle with out him, thats two families that rely on him. He's a good hard working family man that goes to work everyday to provide for his family my daughter really needs him and would be lost without him. He has been at his job for 13 year which he got when I became pregnant with our daughter. Please consider letting him come home to his families we all need him.

Thank you
Connie Picardi
Connie Picardi

December 12, 2019

To Whom It May Concern

In Regards to Juan Jose Liberato:

Juan is my niece, Leyla's father. I have known Juan since 2005. He and my sister moved in with me after my sister became pregnant. I have met Juan's mother, and his siblings, his current wife, and his step children. I feel that I know enough of his family life to speak on that, so I agreed to write this letter in hopes of giving you a glimpse into that world.

Juan is by far one of the best fathers to my niece and to his step children that I have had the pleasure of coming to know. His temperament with them is calm, cool and collected no matter the situation (whether it be when my niece went "missing" for a few hours after school at the age of 12 and the rest of us completely lost it, or when Leyla took a tantrum any given year because she wanted something she really should not have). He makes an effort to set aside time for his children, and to make sure they experience everything this world has to offer, and molds their minds to understand that you do not need to always spend money or be fancy to experience life. He exposes them to community projects, like cleaning up the city parks of Haverhill, and helping out locally with the neighborhood kids. He shows them that building up your community and creating bonds is important. He loves them unconditionally and takes time to show them what a family means, which is really hard to find time to do these days. With the world moving so fast around us and how people are just generally too busy or too angry, co-parenting and raising a preteen is not easy! He is always available to my sister, and helps anywhere he possibly can. They both work very hard, and work very well together, and have a unique relationship where she is able to rely on him, as she often does. Juan provides for his family, and ensures they always have what they need.

From my observation, Juan shines as a father and as a family man. My son, who is now 15, has always looked up to Juan as a positive male role model. Over the years, I have trusted Juan to take my son fishing, and bike-riding and even to the local parks when he was younger. I never questioned if my son was in danger, or not being taken care of.

I hope this letter helps to portray what kind of person Juan is around his family, and within his community. I know sometimes we can prejudge someone by the way they look or the way they stand, but once you have a conversation with Juan, you start to see how much he cares about people, and can see that actions speak louder than any words can. I hope you are able to experience that, and see first hand the love he has for my niece, and the rest of his family.

Thank you!
Lucia P.
Lucia Picardi

12/13/19

To whom it may concern,

I am writing this letter in the hopes that it will help you to see what kind of a person Juan Liberato is, despite the transgressions that led us all to this point.

I have known Juan since 2005 when he began a friendship with my youngest sister. They eventually started dating and became parents to my niece Leyla. Juan was always a great father to my niece she adores him. He immediately looked for a second and third job once my sister became pregnant. He has always worked hard to provide for his family, in fact he has been at his current job Costco as long as I have been at mine over 13 years. He matured quickly even after they separated, he still is there for the both of them when need be. He has since married his wife Jen and they have a home and a great family together. He has always been kind, respectful and willing to help out any of our family members.

Juan is also a great member to his community he has taught his daughter how to volunteer at animal shelters and also the local parks and recreation he has keys to the buildings and such he goes around and helps maintain them on his spare time. He shows my niece the value of family and does a great job of keeping his presence in her life.

I also consider Juan a great friend he and his wife have helped me personally a few times with minor car issues and never once did they refuse to lend a hand when in need.

Thank you for your time I appreciate you allowing me to provide a piece of his character from my point of view.

Sincerely,

Donna Picardi

8 Walker Road

North Andover, MA 01845

To whom it may Concern;                    12/15/2019.
    I Tiffany m. Oliva of Dorchester
am writing this letter in regards
to Juan Jose liberato. I have
known Juan since 2013 when I
met his daughters mother and
we all became friends. Juan has
been mistaken for a bad Person.
I know he works hard and helps
support two Pamiles. He is a
great Person and a wonderful
Pather. I Peel bad for his daughter
whom he has a great relationship
with, I hope this letter helps you
better understand that Juan is a
good man and should be released.

                    Thank you
                    Tiffany Oliva

12/14/19

To Whom it may concern:

I have known Juan Liberato for 15 years. He is the father of my granddaughter Leyla. Juan is a great dad. He spends much time with Leyla. Is totally involved in her life. Juan has paid $200.00 a week child support since Leyla was born. He has never missed a week. Juan takes Leyla camping, travelling and

to her school activities. He
is a nice person. Juan
shows great example to
his family in many ways
loving, responsibility, and
Kindness.

Juan has also worked
at the same job for about
15 years.

Sincerely
Connie Greathouse
617-894-1774

Sheretha Hugee
97 Polk St #18
Charlestown, MA 02129
917-982-1607


To whom it may concern,

I have known Juan Jose
Liberato for about 7 years. I have
known him from my best
friend Connie Marie Picardi.
He is her daughter's father.
I know Juan to be a great
dad, provider, friend and hard
worker. He goes above and beyond
for family and friends. He has
always been a rather solid person.


It is my sincere hope the court
takes this letter into consideration
at his hearing.


Sincerely,

Sheretha Hugee

Good morning your honor,

I'm writing to you in regard to Mr. Juan Liberado, I'd like to say a few things about his character and home life. I've known Mr. Liberado about 15yrs and in the time I have known him he has always been an exemplary father and role model to all of his children, incredibly supportive and loving. He not only supports them emotionally but financially as well. He is the primary bread winner and works dutifully to provide for his children. To keep him incarcerated due to these allegations would certainly cause financial hardship to not only his children but their mother's as well, Mrs. Liberado and Ms. Picardi. Please take this and his spotless record with the law into account when making your final considerations. Also the fact that he needs to remain employed eliminates his risk of flight. Thank you for your time and consideration.

— Ms. Ashley Robertson

12/15/19

To whom it may concern;

I am daughter of Juan jose 'liberato. I am 12 years old. My dad takes really good care of me, He takes me to all of my school events he also teaches me to always take care of the community. He takes me to parks and we clean them up. He has been there for all of my life. He brings me to all of my cheerleading games, practices and comps. I adore my dad. He takes me camping, obstacle coors, indoor trampline and even DR. My dad is the best dad I could ever ask for.

All I ask for is just for you to let me have my dad back home.

Thank you
Leyla marie Picardi-Liberato
Leyla marie Picardi-Liberato

To whom it may concern,

I Katelyn hartford am the life
long friend of Connie Picardi,
Juan Liberatos daughters mother.
I have known them for about
18 years. Since i have known
Juan he has always been a
stand up father to their daughter
Leyla. Not only has he always
financially taken care of
her, from diapers to cheerleading.
~~00000~~ But more importantly he
has always emotionally
supported her in every way
possible i can testify to the
fact there is without a doubt
a loving, caring and devoting
relationship between him
and Leyla. Since the first time
i met him he has been a
hard working man, working hard
to provide a safe and loving
home for his family. i am
requesting that the court take

into consideration the man,
father and husband that
Juan Liberato is and always
has been, not just for himself
but for his twelve year old
daughter who idolizes her
father.

Katelyn Hartford
K.Hartford
978-210-5163