UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.  Cr. No. 19-10459-RWZ (8)

JUAN LIBERATO

## DEFENDANT'S MOTION TO TRAVEL OUT OF DISTRICT

The defendant, Juan Liberato, respectfully requests the Court to grant him permission to travel for one day to Old Orchard Beach, Maine on August 23, 2020 for his daughter's thirteenth birthday party.

In support hereof, the defendant states that if granted permission he will travel to and from the location with his wife and will return to Massachusetts no later than 10:00 p.m. The Court has granted Mr. Liberato permission to travel to cities in southern New Hampshire while on release. Defendant has complied with every court order pertaining to him in this case. Further, he and his wife own the family home in Haverhill. Furthermore, he has obtained full time employment and has been working in Massachusetts for approximately six months.

Wherefore: Juan Liberato respectfully requests the Court to grant him permission to travel outside the District of Massachusetts to Old Orchard Beach, Maine for one day on August 23, 2020 to attend his daughter's birthday party.

JUAN LIBERATO
By his attorney,

/s/ James J. Cipoletta

_____
James J. Cipoletta
MA Bar No. 084260
385 Broadway - Suite 307
Revere, MA 02151
Telephone 781.289.7777
jim@cipoletta.com

August 4, 2020